UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ARTHUR ALFORD, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:16-cv-00423-TAB-JMS |
| ) | |
| NANCY A. BERRYHILL, Acting ) | |
| Commissioner of the Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

**FINAL JUDGMENT**

The Court, having found in favor of Defendant Nancy A. Berryhill against Plaintiff Arthur Alford, Jr., enters judgment in favor of the Defendant and against Plaintiff. Accordingly, the Plaintiff shall take nothing by way of his complaint. The decision of the Commissioner is affirmed.

Dated: 2/6/2017

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Distribution:

All ECF-registered counsel of record via email